IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | INDICTMENT |
| v. | Case No. 20 CR 132 JDP | |
| | 18 U.S.C. § 844(i) | |
| MARQUON CLARK, | | |
| Defendant. | | |

THE GRAND JURY CHARGES:

### COUNT 1

On or about June 24, 2020, in the Western District of Wisconsin, the defendant,

MARQUON CLARK,

maliciously attempted to damage and destroy, by means of fire, the City-County Building, a commercial building in Madison, Wisconsin, used in interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 844(i)).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 10/21/2020

_____
SCOTT C. BLADER
United States Attorney